*In re* **NOVICK**, William Paul (MR 20914)
Marion, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b) is allowed, and respondent William Paul Novick is suspended from the practice of law for 90 days. Suspension effective October 11, 2006. Respondent William Paul Novick shall reimburse the Client Protection Program Trust Fund for any Client Protection payments arising from his conduct prior to the termination of the period of suspension.